**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
R. MICHAEL CESTARO,

                         Plaintiff,

        -against-                                23 **CIVIL** 593 (DLC)

                                                                     **<u>JUDGMENT</u>**

CLARISSA M. RODRIGUEZ, et al.,

                         Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 13, 2024, Defendants' December 1, 2023 motion for summary judgment is granted.

**Dated:**  New York, New York

      March 14, 2024

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                     **Clerk of Court**

                          **BY:**     *K. Mango*
                                                   _____
                                                     **Deputy Clerk**